IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denise West,                                     :
                                                 :
      Plaintiff(s),                         :
                                                 :  Case Number: 1:11cv547
  vs.                                          :
                                                 :  Chief Judge Susan J. Dlott
Fifth Third Corp, et al.,                        :
                                                 :
      Defendant(s).                         :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 14, 2012 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 2, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss (Doc. 15) is **GRANTED** and defendants Vance Turner and Chris Bolender are **DISMISSED.**

IT IS SO ORDERED.

                                                                     ___s/Susan J. Dlott_____
                                                                     Chief Judge Susan J. Dlott
                                                                     United States District Court