# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Denise West,  Case No. 1:11cv547
    Plaintiff,  Dlott, J.
                                 Bowman, M.J.
    vs.

Fifth Third Bank,
    Defendants.  **ORDER APPOINTING
                                       PRO BONO COUNSEL IN
                                       MEDIATION  PROCEEDING**

On May 28, 2012, pro se plaintiff Denice West signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance."  The court will now appoint Attorney Alea Brown of 334 Ridgeway Rd, Wyoming, OH  45215,  to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation.  Attorney Brown is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case.  Upon the conclusion of the mediation, her representation of plaintiff West will end.  Accordingly,

    **NOW, THEREFORE, IT IS ORDERED** that Attorney Alea M. Brown  be and hereby is **appointed**  to pro bono representation of pro se plaintiff Denice West for mediation purposes only in this action.

    **IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Bowman for mediation and the parties shall appear at such time as she shall designate.

    **IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, the magistrate judge will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

/s/ *Stephanie K. Bowman*
United States Magistrate Judge