**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Denise West, | Case No. 1:11cv547 |
|       Plaintiff, | Dlott, J. |
| | |
|       vs. | |
| | |
| Fifth Third Corp., | |
|       Defendant. | **ORDER RELEASING  PRO** |
| | **BONO REPRESENTATION** |

On May 28, 2012, pro se plaintiff Denise West signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance."  The court appointed Alea M. Brown to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation.  Attorney Brown was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case.  The mediation has now concluded.

**NOW, THEREFORE, IT IS ORDERED** that Attorney Brown be and hereby is **released** from her pro bono representation of pro se plaintiff Denise West in this matter.

**IT IS SO ORDERED.**

/s/ *Stephanie K. Bowman*
United States Magistrate Judge