IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Denice West, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv547 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Fifth Third Corp, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 22, 2013 a Report and Recommendation (Doc. 55).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 59), Defendant Fifth Third Bancorp filed a response to the objections (Doc. 60) and Defendant Allied Barton Security filed a response to plaintiff's objection (Doc. 61).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court **GRANTS** the Defendants motions for summary judgment (Docs. 44 and 47).  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court